IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY HARRIS,

              Plaintiff,                    3:11-cv-01071-PK

v.                                     OPINION AND ORDER

JA-RU CORPORATION,

              Defendant.

PAPAK, Magistrate Judge:

     The matter before the court is plaintiff Anthony Harris's third amended motion to approve settlement[1] (#57), which plaintiff filed on December 26, 2013.  Upon review of the motion and the settlement guardian ad litem's report (#58), I find that a hearing is unnecessary.  Pursuant to Rule 98.16W of the Washington State Superior Court Special Proceedings Rules, I approve the

---

[1] Plaintiff erroneously refers to the motion as his second amended motion to approve settlement.

Page 1 - OPINION AND ORDER

proposed settlement of the minor-plaintiff's claim, including the following proposed distribution of net proceeds:

| | |
|---|---|
| Gross Settlement | $250,000.00 |
| Payments Out of Gross Settlement | |
| Attorney Fees ($10,611.33 to be held in trust pending resolution of the Summit Orthopedics bill) | $83,333.33 |
| Costs | $44,469.89 |
| Lifewise Lien | $40,000.00 |
| Settlement Guardian Ad Litem Fees | $1,500.00 |
| Net to Plaintiff ($10,611.33 to be held in trust pending resolution of the Summit Orthopedics bill) | $80,696.78 |

The net proceeds to plaintiff shall be placed in an insured financial institution with the provision that withdrawals cannot be made except as ordered by the court handling the guardianship or paid to the minor at his age of majority. Following the deposit of the funds in such account, plaintiff's counsel shall file a receipt of funds with this court.

## CONCLUSION

Based on the foregoing, plaintiff's third amended motion to approve settlement (#57) is granted. Plaintiff's amended motion to approve settlement (#48) and second amended motion to approve settlement (#56) are denied as moot. The parties shall submit Final Papers on or before January 21, 2014.

Dated this 7th day of January, 2014.

Honorable Paul Papak
United States Magistrate Judge